LAQUER URBAN CLIFFORD & HODGE LLP
Susan Graham Lovelace (SBN 160913)
Jacqueline L. Norlin (SBN 245840)
225 South Lake Avenue, Suite 200
Pasadena, CA  91101-3030
Telephone:  (626) 449-1882
Facsimile:    (626) 449-1958
E-mail:  Norlin@luch.com

Attorneys for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>  Plaintiff,<br><br>vs.<br><br>JEFFREY PENTRACK, an individual,<br><br>  Defendant. | CASE NO.: CV 07-06211 RGK (AGRx)<br><br>**JUDGMENT** |

   This action having been commenced on September 25, 2007, and the Court having approved the stipulation of the parties for entry of judgment against defendant Jeffrey Pentrack, an individual, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

   Plaintiff, Trustees of the Southern California IBEW-NECA Pension Plan, shall recover from Defendant, Jeffrey Pentrack, an individual, the principal amount

///

1

Judgment

163284.1

1  of $35,056.26, plus pre-judgment and post-judgment interest thereon at the rate of
2  seven percent (7%) per annum, from October 1, 2008, until paid in full.
3
4
5  DATED: February 13, 2009      _____
6                                                         UNITED STATES DISTRICT COURT JUDGE